IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHIRLEY MYLES, ) | |
|     Plaintiff, ) | |
| vs. ) | No.  3:11-CV-0506-D |
| ) | |
| UNITED NATIONS, ) | |
|     Defendant. ) | |

### ORDER

After making an independent review of the pleadings, files, and records in this case, and the November 14, 2011 supplemental findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct.  It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

**SO ORDERED**.

December 28, 2011.

                                                      _____
                                                    SIDNEY A. FITZWATER
                                                    CHIEF JUDGE